DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL QUILL, NADA ABDO-QUILL, MARIE SILVA, and MADELINE
SILVA,

Petitioners,

v.

CHRISTINA PAYLAN and BERNADETTE ABDO,

Respondents.

No. 2D23-401

_____

September 15, 2023

Petition for Writ of Certiorari to the Circuit Court for Hillsborough
County; Melissa M. Polo, Judge.

Craig L. Berman of Berman Law Firm, P.A., St. Petersburg, for
Petitioners.

Eric O. Husby, Land O Lakes, for Respondent Christina Paylan.

No appearance for Respondent Bernadette Abdo.

PER CURIAM.

    Denied.

NORTHCUTT, CASANUEVA, and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.